UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In a re:

YEVGENY BELOPOLSKY

                      Debtor.
-----------------------------------------------------------X

Case No.

Chapter 7

## DEBTOR'S DECLARATION OF INCOME

I, Yevgeny Belopolsky, declare under a penalty of perjury as follows:

1. I am currently self employed

2. My source of income is $2,000.00 per month

3. I have no documents in my possession that reflect this income and submit this declaration in lieu of payment advise.

_____
Yevgeny Belopolsky

**BIG APPLE INSTITUTE INC.**
PAYROLL ACCT

SOVEREIGN BANK

367162

08/30/2024    $*******3,317.94
DATE    AMOUNT

**PAY** Three Thousand Three Hundred Seventeen Dollars & 94 Cents

TO THE ORDER OF
SVETLANA BELOPOLSKY
2356 EAST 73 STREET
BROOKLYN, NY 11234

Memo: _____

⑈367162⑈  ⑆231372691⑆  ⑈893994820 3⑈

---

**BIG APPLE INSTITUTE INC.**

| CHECK NO. | SOCIAL SECURITY NO. | EMPLOYEE NAME | NUMBER | | STATUS | DEPT/CLASS | DATE |
|---|---|---|---|---|---|---|---|
| 367162 | | SVETLANA BELOPOLSKY | 00224 | Hourly | F M 05 / S 05/05 | T | 08/30/2024 |

| EARNINGS | | | | TAXES | | | MISCELLANEOUS DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | $/hr  hrs | CURRENT | YTD | TYPE | CURRENT | YTD | TYPE | CURRENT | YTD |
| Gross Wages | | 0.00 | 0.00 | MCWH | 62.51 | 1000.15 | | | |
| ST | | 4310.82 | 66585.57 | SSWH | 267.27 | 4276.33 | | | |
| SICKDAY | | 0.00 | 2387.55 | FITW | 308.97 | 4952.01 | | | |
| Total Wages | | 4310.82 | 68973.12 | SITW | 202.60 | 3243.37 | | | |
| | | | | LITW | 151.53 | 2424.47 | | | |
| TOTALS | | 4310.82 | 68973.12 | | 992.88 | 15896.33 | | 0.00 | 0.00 |
| NETPAY | | 3317.94 | 53076.79 | | | | | | |

**BIG APPLE INSTITUTE INC.**

| CHECK NO. | SOCIAL SECURITY NO. | EMPLOYEE NAME | NUMBER | | STATUS | DEPT/CLASS | DATE |
|---|---|---|---|---|---|---|---|
| 367162 | | SVETLANA BELOPOLSKY | 00224 | Hourly | F M 05 / S 05/05 | T | 08/30/2024 |

| EARNINGS | | | | TAXES | | | MISCELLANEOUS DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | $/hr  hrs | CURRENT | YTD | TYPE | CURRENT | YTD | TYPE | CURRENT | YTD |
| Gross Wages | | 0.00 | 0.00 | MCWH | 62.51 | 1000.15 | | | |
| ST | | 4310.82 | 66585.57 | SSWH | 267.27 | 4276.33 | | | |
| SICKDAY | | 0.00 | 2387.55 | FITW | 308.97 | 4952.01 | | | |
| Total Wages | | 4310.82 | 68973.12 | SITW | 202.60 | 3243.37 | | | |
| | | | | LITW | 151.53 | 2424.47 | | | |
| TOTALS | | 4310.82 | 68973.12 | | 992.88 | 15896.33 | | 0.00 | 0.00 |
| NETPAY | | 3317.94 | 53076.79 | | | | | | |

**BIG APPLE INSTITUTE INC.**
PAYROLL ACCT

SOVEREIGN BANK

367133

08/15/2024    $*******3,317.94
DATE            AMOUNT

**PAY** Three Thousand Three Hundred Seventeen Dollars & 94 Cents

TO THE  SVETLANA BELOPOLSKY
ORDER   2356 EAST 73 STREET
OF      BROOKLYN, NY 11234

Memo:

⑈367133⑈    ⑆231372691⑆    ⑈893994820 3⑈

---

**BIG APPLE INSTITUTE INC.**

| CHECK NO. 367133 | SOCIAL SECURITY NO. | EMPLOYEE NAME SVETLANA BELOPOLSKY | NUMBER 00224 | | STATUS F M 05 S 05/05 | DEPT/CLASS T | DATE 08/15/2024 |
|---|---|---|---|---|---|---|---|
| | | | | Hourly | | | |

| EARNINGS | | | | TAXES | | | MISCELLANEOUS DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | $/hr  hrs | CURRENT | YTD | TYPE | CURRENT | YTD | TYPE | CURRENT | YTD |
| Gross Wages | | 0.00 | 0.00 | MCWH | 62.51 | 937.64 | | | |
| ST | | 4310.82 | 62274.75 | SSWH | 267.27 | 4009.06 | | | |
| SICKDAY | | 0.00 | 2387.55 | FITW | 308.97 | 4643.04 | | | |
| Total Wages | | 4310.82 | 64662.30 | SITW | 202.60 | 3040.77 | | | |
| | | | | LITW | 151.53 | 2272.94 | | | |
| TOTALS | | 4310.82 | 64662.30 | | 992.88 | 14903.45 | | 0.00 | 0.00 |
| NETPAY | | 3317.94 | 49758.85 | | | | | | |

---

**BIG APPLE INSTITUTE INC.**

| CHECK NO. 367133 | SOCIAL SECURITY NO. | EMPLOYEE NAME SVETLANA BELOPOLSKY | NUMBER 00224 | | STATUS F M 05 S 05/05 | DEPT/CLASS T | DATE 08/15/2024 |
|---|---|---|---|---|---|---|---|
| | | | | Hourly | | | |

| EARNINGS | | | | TAXES | | | MISCELLANEOUS DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | $/hr  hrs | CURRENT | YTD | TYPE | CURRENT | YTD | TYPE | CURRENT | YTD |
| Gross Wages | | 0.00 | 0.00 | MCWH | 62.51 | 937.64 | | | |
| ST | | 4310.82 | 62274.75 | SSWH | 267.27 | 4009.06 | | | |
| SICKDAY | | 0.00 | 2387.55 | FITW | 308.97 | 4643.04 | | | |
| Total Wages | | 4310.82 | 64662.30 | SITW | 202.60 | 3040.77 | | | |
| | | | | LITW | 151.53 | 2272.94 | | | |
| TOTALS | | 4310.82 | 64662.30 | | 992.88 | 14903.45 | | 0.00 | 0.00 |
| NETPAY | | 3317.94 | 49758.85 | | | | | | |

**BIG APPLE INSTITUTE INC.**
PAYROLL ACCT

SOVEREIGN BANK

367192

09/15/2024    $*******3,392.15
DATE    AMOUNT

**PAY** Three Thousand Three Hundred Ninety-Two Dollars & 15 Cents

TO THE ORDER OF
SVETLANA BELOPOLSKY
2356 EAST 73 STREET
BROOKLYN, NY 11234

Memo:

⑈367192⑈    ⑆231372691⑆    ⑈893994820 3⑈

---

**BIG APPLE INSTITUTE INC.**

| CHECK NO. 367192 | SOCIAL SECURITY NO. | EMPLOYEE NAME SVETLANA BELOPOLSKY | NUMBER 00224 Hourly | STATUS F M 05 S 05/05 | DEPT/CLASS T | DATE 09/15/2024 |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | **TAXES** | | **MISCELLANEOUS DEDUCTIONS** | |

| TYPE | $/hr | hrs | CURRENT | YTD | TYPE | CURRENT | YTD | TYPE | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| Gross Wages | | | 0.00 | 0.00 | MCWH | 64.04 | 1064.19 | | | |
| ST | | | 4416.67 | 71002.24 | SSWH | 273.83 | 4550.16 | | | |
| SICKDAY | | | 0.00 | 2387.55 | FITW | 321.67 | 5273.68 | | | |
| Total Wages | | | 4416.67 | 73389.79 | SITW | 208.95 | 3452.32 | | | |
| | | | | | LITW | 156.03 | 2580.50 | | | |
| **TOTALS** | | | 4416.67 | 73389.79 | | 1024.52 | 16920.85 | | 0.00 | 0.00 |
| **NETPAY** | | | 3392.15 | 56468.94 | | | | | | |

**BIG APPLE INSTITUTE INC.**

| CHECK NO. 367192 | SOCIAL SECURITY NO. | EMPLOYEE NAME SVETLANA BELOPOLSKY | NUMBER 00224 Hourly | STATUS F M 05 S 05/05 | DEPT/CLASS T | DATE 09/15/2024 |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | **TAXES** | | **MISCELLANEOUS DEDUCTIONS** | |

| TYPE | $/hr | hrs | CURRENT | YTD | TYPE | CURRENT | YTD | TYPE | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| Gross Wages | | | 0.00 | 0.00 | MCWH | 64.04 | 1064.19 | | | |
| ST | | | 4416.67 | 71002.24 | SSWH | 273.83 | 4550.16 | | | |
| SICKDAY | | | 0.00 | 2387.55 | FITW | 321.67 | 5273.68 | | | |
| Total Wages | | | 4416.67 | 73389.79 | SITW | 208.95 | 3452.32 | | | |
| | | | | | LITW | 156.03 | 2580.50 | | | |
| **TOTALS** | | | 4416.67 | 73389.79 | | 1024.52 | 16920.85 | | 0.00 | 0.00 |
| **NETPAY** | | | 3392.15 | 56468.94 | | | | | | |

**BIG APPLE INSTITUTE INC.**
PAYROLL ACCT

SOVEREIGN BANK

367313

09/30/2024  $*******3,392.15
DATE  AMOUNT

**PAY** Three Thousand Three Hundred Ninety-Two Dollars & 15 Cents

TO THE ORDER OF
SVETLANA BELOPOLSKY
2356 EAST 73 STREET
BROOKLYN, NY 11234

Memo:

⑊367313⑊  ⑊231372691⑊  ⑊893994820 3⑊

### BIG APPLE INSTITUTE INC.

| CHECK NO. 367313 | SOCIAL SECURITY NO. | EMPLOYEE NAME SVETLANA BELOPOLSKY | NUMBER 00224 | | STATUS F M 05 S 05/05 | DEPT/CLASS T | DATE 09/30/2024 |
|---|---|---|---|---|---|---|---|
| EARNINGS | | | | TAXES | | MISCELLANEOUS DEDUCTIONS | |

| TYPE | $/hr | hrs | CURRENT | YTD | TYPE | CURRENT | YTD | TYPE | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| Gross Wages | | | 0.00 | 0.00 | MCWH | 64.04 | 1128.23 | | | |
| ST | | | 4416.67 | 75418.91 | SSWH | 273.83 | 4823.99 | | | |
| SICKDAY | | | 0.00 | 2387.55 | FITW | 321.67 | 5595.35 | | | |
| Total Wages | | | 4416.67 | 77806.46 | SITW | 208.95 | 3661.27 | | | |
| | | | | | LITW | 156.03 | 2736.53 | | | |
| TOTALS | | | 4416.67 | 77806.46 | | 1024.52 | 17945.37 | | 0.00 | 0.00 |
| NETPAY | | | 3392.15 | 59861.09 | | | | | | |

### BIG APPLE INSTITUTE INC.

| CHECK NO. 367313 | SOCIAL SECURITY NO. | EMPLOYEE NAME SVETLANA BELOPOLSKY | NUMBER 00224 | | STATUS F M 05 S 05/05 | DEPT/CLASS T | DATE 09/30/2024 |
|---|---|---|---|---|---|---|---|
| EARNINGS | | | | TAXES | | MISCELLANEOUS DEDUCTIONS | |

| TYPE | $/hr | hrs | CURRENT | YTD | TYPE | CURRENT | YTD | TYPE | CURRENT | YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| Gross Wages | | | 0.00 | 0.00 | MCWH | 64.04 | 1128.23 | | | |
| ST | | | 4416.67 | 75418.91 | SSWH | 273.83 | 4823.99 | | | |
| SICKDAY | | | 0.00 | 2387.55 | FITW | 321.67 | 5595.35 | | | |
| Total Wages | | | 4416.67 | 77806.46 | SITW | 208.95 | 3661.27 | | | |
| | | | | | LITW | 156.03 | 2736.53 | | | |
| TOTALS | | | 4416.67 | 77806.46 | | 1024.52 | 17945.37 | | 0.00 | 0.00 |
| NETPAY | | | 3392.15 | 59861.09 | | | | | | |