UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

Yevgeny Belopolsky,
and
Svetlana Belopolsky

      Debtor.

Case No. 1-24-44079-ess

Chapter 7

**APPLICATION TO RETAIN COUNSEL**
TO THE HONORABLE ELIZABETH S. STONG
UNITED STATES BANKRUPTCY JUDGE:

      The Application of David J Doyaga, Sr., respectfully shows and represents:

      1. On September 30, 2024, the above captioned Debtor (the "Debtor") filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

      2. Pursuant to the Notice of Appointment of Interim Trustee, David J. Doyaga, Sr. ("Applicant") was appointed Trustee for the Estate of the Debtor and is now qualified and acting as such Trustee.

      3. Applicant is an attorney duly admitted to practice law before the bar of this Court and the Courts of the State of New York.

      4. Applicant seeks a Court Order authorizing retention of David J. Doyaga, Attorneys at Law, as attorneys for the Trustee and believes David J. Doyaga, Attorneys at Law, to be qualified to act as such in connection with the administration of this estate, as David J. Doyaga, Attorneys at Law, have had substantial experience as attorneys in proceedings of this nature.

      5. David J. Doyaga, Attorneys at Law, neither holds nor represents any interest adverse to the Trustee or to the Estate of this Debtor.

      6. The David J. Doyaga, Attorneys at Law, have had no connection with the Debtor, its creditors or any other parties in interest or their respective attorneys.

      7. Trustee submits that David J. Doyaga, Attorneys at Law's, retention as attorney, if approved, would enable the Estate to be administered in an expeditious and economical fashion, which will be in the best interests of the Estate, its creditors and other parties in interest.

      8. The asset in this case is a personal injury case. Legal counsel will be needed to work with the Personal Injury Counsel in creating a settlement distribution for Creditors.

9. No previous Application for the relief sought herein has been made to this or any other Court.

10. The terms of the retention shall be hourly.  I presently bill at a rate of $850 an hour for my time and $395 an hour for the time of my paralegal.

WHEREFORE, applicant respectfully prays for an order of this Court authorizing the Trustee to retain David J. Doyaga, Attorneys at Law, to act as attorneys in this proceeding under a general retainer, and that he be granted such other, further, and different relief as to this Court may seem just and proper.

Dated:  Brooklyn, New York
          January 20, 2025

<u>S/ David J. Doyaga, Sr.</u>
David J. Doyaga, Sr. Esq.
26 Court Street,  Suite 1803
Brooklyn, New York 11242
(718) 488-7500

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

Yevgeny Belopolsky,
and
Svetlana Belopolsky

      Debtor.

Case No. 1-24-44079-ess

Chapter 7

**AFFIRMATION OF DISINTERESTED PARTY**

David J. Doyaga, Sr. ESQ., a member of David J. Doyaga, Attorneys at Law, affirms as follows:

    1. I am duly admitted to practice before the Bar of this Court and the Courts of the State of New York, with offices located at 26 Court Street, Suite 1803, Brooklyn, New York 11242.

    2. This matter arises in a Chapter 7 Proceeding pending in the United States Bankruptcy Court for the Eastern District of New York which requires the administration of the Estate, specifically the pursuit of assets and claims that the Estate possesses.

    3. To the best of my knowledge, information, and belief, I have no connection in this matter with the Debtor, the Debtor's attorney, the Debtor's creditors, or any other parties in interest or their respective attorney except that I am also the Trustee of the above Estate. I did not file the Debtor's petition for relief under Title 11 of the United States Code, I have not acted as the attorney for any creditor, or served as an examiner in this proceeding.  I verily believe that I am a disinterested person pursuant to and within the meaning of the United States Bankruptcy Code.  Neither I, nor any of my firm has any connection with the above-named Debtor, nor to the best of my knowledge, its creditors or any other party in interest, or their respective attorneys, or accountants, the United States Trustee or any person employed in the Office of the United States Trustee. Neither my firm nor I hold any claims against the Debtor and is an "insider" of the Debtor, as such term is defined in Title 11 of the United States Code (the "Code"). Neither I, nor any of my firm, including my staff, hold or represent an interest adverse to the Debtor or the Estate.

    4. I represent no interest adverse to the Trustee or the above-referenced Estate as to the matters upon which I am to be engaged.

    5. No agreement or understanding exists between myself and any other person for a division of compensation paid or to be paid for services rendered in this proceeding, and in accordance with Bankruptcy Rule 2016, no division of compensation shall be made by affiant and no agreement prohibited by 18 U.S.C. § 155 has been or will be made.

1

      6. I am the attorney who will bear primary responsibility for the representation of the Trustee and the Estate of the Debtor herein.

      7. I have read and am generally familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules for the United States Bankruptcy Court for both the Southern and Eastern Districts of New York.

      8. I verily believe I am competent to represent the interests of the Trustee on whose behalf representation is now sought.

Dated: Brooklyn, New York
         January 20, 2025

                                S\ *David J. Doyaga*, Sr.
                                David J. Doyaga, Sr. Esq.
                                David J. Doyaga, Attorneys at Law,
                                26 Court Street, Suite 1803
                                Brooklyn, New York 11242