UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No.  1-24-44079-ess<br>Chapter 7 |
| Yevgeny Belopolsky<br>and<br>Svetlana Belopolsky<br><br>                    Debtor | |

NOTICE OF PROPOSED ABANDONMENT

       PLEASE TAKE NOTICE, that David J. Doyaga, Sr., the Trustee of the Bankruptcy Estate of the above-captioned Debtor intends to abandon any interest which the Estate possesses in what the Debtor lists and schedules as " 2356 East 73rd Street Brooklyn, NY 11234" on his Schedule A of his Bankruptcy Schedules. Hereafter, the "Real Property"

       PROPERTY TO BE ABANDONED: All rights and claims of Estate in the Real Property.

       REASON FOR ABANDONMENT: The Debtor jointly owns the home. The value of the Real Property is $959,000. The balance on the mortgage is $648,278.  The equity in the property is protected by the joint homestead exemption.

       The Trustee has scheduled a hearing before the Honorable Elizabeth S. Stong United States Bankruptcy Judge, on April 1, 2025 at 10:30 AM at the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York 11201, to consider the aforesaid motion only in the event that an objection in writing is filed with the Bankruptcy Court no later than March 21, 2025.  Only in the event of a timely filed written objection, a hearing will be held on April 1, 2025.

       All hearings before Judge Stong will be conducted remotely, by telephone or video as the Court deems appropriate, until further notice. It is not necessary to contact the Courtroom Deputy to request prior authorization to appear remotely, whether via telephone or video. Judge Stong will utilize a new sign-in program, eCourt Appearances, to register to appear at a hearing. To register, please provide your name, address, e-mail address, telephone number on the hearing date, and if appropriate, the party that you represent. **Please be sure to register at least one business day before your hearing.** You will receive instructions on how to access the remote hearing via e-mail two business days before the hearing. On your hearing date, please connect at least ten minutes before your scheduled hearing time, and keep your audio and video on mute until your case is called.

       If you have a CM/ECF account, you may access eCourt Appearances in the "Utilities" menu after logging into CM/ECF. If you do not have a CM/ECF account, you may access eCourt Appearances on the Court's website at **https://ecf.nyeb.uscourts.gov/cgi-bin/nyebAppearances.pl**.

Additional information about eCourt Appearances, including a tutorial on how to use the program, is available at https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances.

Any objections to the proposed abandonment must be made in writing with a copy served on the Trustee, at the address below, and the original filed with the Clerk of the Court, at the United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York, 11201, as stated by no later than seven business days before the hearing date, April 1, 2025.

Dated: Brooklyn, New York
February 21, 2025

s/ David J. Doyaga Sr.
David J. Doyaga, Sr.,
Chapter 7 Trustee
26 Court Street - Suite 1803
Brooklyn, N.Y. 11242
(718) 488-7500